

ORIGINAL

FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0653

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0653

IN RE THE MARRIAGE OF:

CLAYTON A. LOONEY,

      Petitioner and Appellee,

and

KIYOMI OATEZ LOONEY,

      Respondent and Appellant.

FILED

MAR 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Kiyomi Oatez Looney has filed a motion to voluntarily dismiss her appeal, as the parties have settled the case through mediation. Good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED with prejudice.

DATED this 21st day of March, 2023.

For the Court,

_____
Chief Justice